IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00942-CMA-BNB

KRISTIN K. HARRINGTON,

Plaintiff,

v.

CHAMPPS OPERATING CORPORATION,
FOX & HOUND RESTAURANT GROUP,
CHAMPPS ENTERTAINMENT, INC.,
CHAMPPS AMERICANA,
JAMES T. ZEILKE, and
KEVIN M. O'HARE,

Defendants.

## ORDER

At a status conference held on April 25, 2011, the parties informed me that they understood that Defendants' Motion to Strike [Doc. # 1-16] was pending and unresolved at the time the case was transferred to this court. Consequently, at the parties' request, I set a briefing schedule in connection with the Motion to Strike. See Minute Order [Doc. # 7, filed 4/25/2011].

On further review, it appears that the Motion to Strike originally was filed in the United States District Court for the Northern District of Illinois as Doc. # 7, and that it was "terminated as moot" in the transfer order. See Doc. # 1 at Docket Entry Text (stating that "Defendants' motions to strike are terminated as moot [7 & 14]"). The parties were mistaken when they stated that the Motion to Strike was unresolved. Because the Motion to Strike has been denied, no briefing schedule is necessary.

IT IS ORDERED that the Minute Order [Doc. # 7, filed 4/25/2011] was entered in error and is WITHDRAWN.

Dated May 2, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge