IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00942-CMA-BNB

KRISTIN K. HARRINGTON,

Plaintiff,

v.

CHAMPPS OPERATING CORPORATION,
FOX & HOUND RESTAURANT GROUP,
CHAMPPS ENTERTAINMENT, INC.,
CHAMPPS AMERICANA,
JAMES T. ZEILKE, and
KEVIN M. O'HARE,

Defendants.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

　　This matter is before the Court on the **Motion for Reconsideration and Supporting Memorandum** [docket no. 13, filed May 9, 2011] (the "Motion").

　　IT IS ORDERED that the Motion is DENIED for failure to comply with D.C.COLO.LRCivR 7.1(A).


DATED:  May 10, 2011