IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 11-cv-00942-CMA-BNB | Date: June 16, 2011 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A401 |

| | |
|---|---|
| KRISTIN K. HARRINGTON, | Linda Eng |
| Plaintiff(s), | |
| v. | |
| CHAMPPS OPERATING CORPORATION, et a. | Charles Watson II |
| Defendant(s). | |

## COURTROOM MINUTES

**SCHEDULING CONFERENCE**

Court in Session:     10:42 a.m.

Appearances of counsel.

Court's opening remarks.

**ORDERED: Motion for reconsideration and supporting memorandum [doc.# 20; filed 5/23/11] is denied for reasons stated on the record.**

26(a)(1) disclosure shall be exchanged **June 30, 2011.**

Deadline for joinder of parties and amendment of pleadings is: **July 14, 2011**

Discovery cut-off  is: **October 17, 2011**

The dispositive motion deadline is: **November 17, 2011**

The plaintiff shall designate all experts no later than: **August 12, 2011**

The defendants shall designate all experts and all rebuttal experts no later than: **September 16,**

**2011**

The plaintiff shall designate all rebuttal experts no later than: **September 30, 2011**

All written discovery must be served so that responses are due on or before discovery cut off.

Settlement Conference will be held on **August 11, 2011 at 3:00 p.m.**

> Attorneys and client representatives with authority to settle must be present. (Note: this requirement is not fulfilled by the presence of counsel. If any insurance company is involved, an adjuster authorized to enter into settlement must also be present.)

Each party shall submit a Confidential Settlement Statement to the Magistrate Judge on or before **August 8, 2011** outlining the facts and issues in the case and the party's settlement position. Counsel shall call Chambers if they feel the settlement conference is premature, or would not be meaningful. In addition, each party shall disclose what it is willing to offer or accept in settlement.

Pretrial Conference shall be held **December 15, 2011 at 10:00 a.m.** A proposed Pretrial Order shall be submitted on or before **December 8, 2011** .

Proposed Scheduling Order was approved and entered with interlineations made by the Court.

Court in Recess:      11:09 a.m.      Hearing concluded.      Total time in court: 00:27

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.