IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00942-CMA-BNB

KRISTIN K. HARRINGTON,

Plaintiff,

v.

CHAMPPS OPERATING CORPORATION,
FOX & HOUND RESTAURANT GROUP,
CHAMPPS ENTERTAINMENT, INC.,
CHAMPPS AMERICANA,
JAMES T. ZEILKE, and
KEVIN M. O'HARE,

Defendants.

## ORDER

This matter arises on the defendants' **Motion for Reconsideration and Supporting Memorandum** [Doc. # 20, filed 5/23/2011] (the "Motion"). I held a hearing on the Motion this morning and made rulings on the record, which are incorporated here. In summary and for the reasons stated on the record:

IT IS ORDERED that the Motion [Doc. # 20] is DENIED.

Dated June 16, 2011.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge