IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00942-CMA-BNB

KRISTIN K. HARRINGTON,

Plaintiff,

v.

CHAMPPS OPERATING CORPORATION,
FOX & HOUND RESTAURANT GROUP,
CHAMPPS ENTERTAINMENT, INC.,
CHAMPPS AMERICANA,
JAMES T. ZEILKE, and
KEVIN M. O'HARE,

Defendants.

_____

**MINUTE ORDER**
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

      IT IS ORDERED that the **Amended and Unopposed Motion for Protective Order and to Vacate Hearing or Alternative Motion for Leave to Appear at Hearing By Telephone** [Doc. # 36, filed 7/8/2011] is GRANTED to the following extent:

    (1)    Separately, I have entered the proposed Protective Order [Doc. # 33-1]; and

    (2)    The hearing on defendants' Motion and Supporting Memorandum for Protective Order, set for July 13, 2011, at 11:00 a.m., is VACATED.

DATED:  July 11, 2011