IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Boyd N. Boland

Civil Action No. 11-cv-00942-CMA-BNB

KRISTIN K. HARRINGTON,

Plaintiff,

v.

CHAMPPS OPERATING CORPORATION,
FOX & HOUND RESTAURANT GROUP,
CHAMPPS ENTERTAINMENT, INC.,
CHAMPPS AMERICANA,
JAMES T. ZEILKE, and
KEVIN M. O'HARE,

Defendants.

---

**ORDER**

---

This matter arises on the defendants' **Motion and Supporting Memorandum to Compel Discovery and for Sanctions** [Doc. # 40, filed 8/3/2011] (the "Motion to Compel"). I held a hearing on the Motion to Compel this afternoon and made rulings on the record, which are incorporated here.

IT IS ORDERED:

(1)     The Motion to Compel [Doc. # 40] is GRANTED.

(2)     The plaintiff shall provide complete responses to the discovery, in full compliance with the formalities of the Federal Rules of Civil Procedure, and produce all responsive documents on or before **September 16, 2011**. The failure to comply with this order and to make the required discovery may result in the imposition of additional sanctions, including potentially dismissal of the action.

(3)     Pursuant to Fed. R. Civ. P. 37(a)(5)(A), the defendants are awarded their

reasonable expenses incurred in making the Motion to Compel, including their attorneys fees.

The award is made jointly against the plaintiff and her counsel.  To effectuate this award, the

defendants shall provide to the plaintiff, on or before September 16, 2011, their fee application

prepared in full compliance with D.C.COLO.LCivR 54.3.  The parties may have to and including

September 23, 2011, within which to agree on the amount of the award and to satisfy it.  In the

event the parties cannot agree or the award has not been satisfied, the defendants shall file their

fee application on September 26, 2011.

Dated September 2, 2011.

BY THE COURT:

 s/ Boyd N. Boland
United States Magistrate Judge