IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 11-cv-00942-RBJ-BNB

KRISTIN K. HARRINGTON,

Plaintiff,

v.

CHAMPPS OPERATING CORPORATION,
FOX & HOUND RESTAURANT GROUP,
CHAMPPS ENTERTAINMENT, INC.,
CHAMPPS AMERICANA,
JAMES T. ZEILKE, and
KEVIN M. O'HARE,

Defendants.

_____

## MINUTE ORDER
_____

**Minute Order Entered by Magistrate Judge Boyd N. Boland**

        This matter is before the Court on the **Stipulated Motion to Modify Scheduling Order** [docket no. 58, filed October 11, 2011] (the "Motion").

        IT IS ORDERED that the Motion is GRANTED and the discovery cut-off is extended to and including **November 16, 2011**, and permitting plaintiff to depose James T. Zielke on October 27, 2011, and Fran Vavala on November 9, 2011.  The dispositive motion deadline is extended to and including **December 16, 2011**.

        IT IS FURTHER ORDERED that the Pretrial Conference set for December 15, 2011, is **vacated and reset to February 16, 2012, at 8:30 a.m.,** in Courtroom A-401, Fourth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.  The proposed Pretrial Order, submitted pursuant to District of Colorado ECF Procedures V.4.0., is due on or before **February 9, 2012**.  Please remember that anyone seeking entry into the Alfred A. Arraj United States Courthouse will be required to show a valid photo identification.  See D.C.COLO.LCivR 83.2B.

DATED:  October 12, 2011