IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No. 11-cv-00942-RBJ-BNB | Date: November 2, 2011 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

KRISTIN K. HARRINGTON,                               Leonard Martinez

        Plaintiff(s),

v.

CHAMPPS OPERATING CORPORATION,         Franz Hardy
FOX & HOUND RESTAURANT GROUP
CHAMPPS ENTERTAINMENT, INC.,
CHAMPPS AMERICANA,
JAMES T. ZEILKE, and
KEVIN M. O'HARE,

        Defendant(s).

## COURTROOM MINUTES

**HEARING: MOTIONS**

Court in Session:     10:03 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** Motion and application for attorney fees [doc. #51; filed 9/26/11] is granted for reasons stated on the record.

**ORDERED:** Motion for discovery sanctions [doc.#53; filed 9/26/11] is taken under advisement.

**ORDERED:** Motion for leave to file reply in support of motion for discovery sanctions [doc.#64; filed 10/24/11] is granted for reasons stated on the record.

Court in Recess: 10:49 a.m.   Hearing concluded.   Total time in Court: 00:46

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.