IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**U.S. MAGISTRATE JUDGE BOYD N. BOLAND**

| | |
|---|---|
| Civil Action No.  11-cv-00942-RBJ-BNB | Date: November 2, 2011 |
| Courtroom Deputy: Geneva D. Mattei | FTR BNB COURTROOM A-401 |

| | |
|---|---|
| KRISTIN K. HARRINGTON, | Leonard Martinez |
| Plaintiff(s), | |
| v. | |
| CHAMPPS OPERATING CORPORATION,<br>FOX & HOUND RESTAURANT GROUP<br>CHAMPPS ENTERTAINMENT, INC.,<br>CHAMPPS AMERICANA,<br>JAMES T. ZEILKE, and<br>KEVIN M. O'HARE, | Franz Hardy |
| Defendant(s). | |

**COURTROOM MINUTES**

**HEARING: MOTIONS**

Court in Session:     10:03 a.m.

Appearance of counsel.

Court's opening remarks.

Argument presented.

**ORDERED:** Motion and application for attorney fees [doc. #51; filed 9/26/11] is granted for reasons stated on the record.

**ORDERED:** Motion for discovery sanctions [doc.#53; filed 9/26/11] is taken under advisement.

**ORDERED:** Motion for leave to file reply in support of motion for discovery sanctions [doc.#64; filed 10/24/11] is granted for reasons stated on the record.

Court in Recess:        10:49 a.m.        Hearing concluded.        Total time in Court: 00:46

* To obtain a transcript of this proceeding, please contact Avery Woods Reporting at (303) 825-6119.