## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

CIVIL ACTION FILE NO. 1:11-cv-00942-RBJ-BNB

KRISTIN K. HARRINGTON,

      Plaintiff,

vs.

CHAMPPS OPERATING CORPORATION, FOX & HOUND RESTAURANT GROUP, CHAMPPS ENTERTAINMENT, INC., CHAMPPS AMERICANA, JAMES T. ZEILKE and KEVIN M. O'HARE,

      Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE

THIS MATTER, having come before the Court on the parties' Stipulation for Dismissal with Prejudice, and this Court being fully advised in the premises, finds as follows:

IT IS HEREBY ORDERED that Plaintiff's Verified Complaint is dismissed with prejudice, each party to pay their own costs and attorneys' fees.

SO ORDERED this the 31st day of January, 2012.

BY THE COURT:

_[signature: Brooke Jackson]_

United States District Court Judge

//6905779v.1